**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ANDREW GLEASON, on behalf of himself and others similarly situated** | CIVIL ACTION NO.: 3:25-CV-444 (BKS/MJK) |
| vs                                                     *Plaintiff* | |
| **VALU AUTO, LLC** | |
| *Defendant* | |

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in the state of New York,

That on **04/21/2025** at **11:54 AM** at **113 Southside Drive, Owego, NY 13827**

undersigned served a(n) **Summons in a Civil Action and Complaint, Civil Cover Sheet**

on **Valu Auto LLC**,

by delivering thereat a true copy of each to **Danielle Gabriel, Manager** personally, who stated that he/she is **authorized to accept service** thereof.

Description of Person Served Based on Undersigned's Perception:
Gender : Female
Race:  White
Hair : Blonde
Age : 22 - 35 Yrs.
Height : 5' 4" - 5' 8"
Weight :100-130 Lbs.
Other :

April 29, 2025

I affirm on _____ under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_Luan White_
_____
Luan White

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160


* 251987 *