

■ **Westchester**
445 Hamilton Avenue
Suite 1500
White Plains, NY 10601
Phone 914.946.4777

■ **Long Island**
534 Broadhollow Road
Suite 460
Melville, NY 11747
Phone 631.776.5910

■ **Mid-Hudson**
200 Westage Business Center
Suite 120
Fishkill, NY 12524
Phone 845.896.0120

■ **New York City**
60 East 42nd Street
Suite 810
New York, NY 10165
Phone 646.794.5747

October 24, 2025

**VIA ECF**

EDWARD J. PHILLIPS
Principal Member
ephillips@kblaw.com
Also Admitted in CT

Hon. Mitchell J. Katz, U.S.M.J.
James M. Hanley Federal Building & United States Courthouse
100 S. Clinton Street
Syracuse, NY 13261

Re:     *Gleason v. Valu Auto, LLC*
        25 Civ. 444 (BKS/MJK)

Dear Judge Katz:

Our firm represents Defendant Valu Auto, LLC in this action.  We write with the consent of Plaintiff's counsel to update the Court on recent developments in this case.

On October 9, 2025, the parties attended a virtual mediation in accord with your Text Order entered on August 22, 2025 (ECF No. 24).  Earlier today, Defendant served an Offer of Judgment pursuant to Fed. R. Civ. P. 68.

Based upon the service of the Offer of Judgment, the parties believe it will be unnecessary to move forward with Rule 30(b)(6) depositions, which otherwise were to be completed by October 31, 2025.  We respectfully request that this deadline be held in abeyance for 14 days while Defendant's Offer of Judgment remains pending.

Thank you for your consideration of this request.

Respectfully submitted,

  /s/ *Edward J. Phillips*

Edward J. Phillips

cc:     Michael DiGiulio, Esq. (via ECF)