UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
ANDREW GLEASON, on behalf of himself and
others similarly situated,

                    Plaintiff,

    v.

VALU AUTO, LLC,

                    Defendant.
-----------------------------------------------------------------------x

3:25-cv-444 (BKS/MJK)

**JUDGMENT**

**WHEREAS,** by Offer of Judgment dated October 24 2025 ("Offer of Judgment"), Defendant Valu Auto LLC having offered to allow Plaintiff Andrew Gleason to take a judgment against it in the sum of $1,000.00, inclusive of all damages, interest, costs, and reasonable attorneys' fees, to resolve Plaintiff's individual FLSA claim against Defendant pursuant to Fed. R. Civ. P. 68; and

**WHEREAS**, by Notice of Acceptance dated on November 5, 2025, Plaintiff having accepted Defendant's Offer of Judgment.

**NOW, THEREFORE**, it is

**ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Andrew Gleason in the sum of $1,000.00 in accordance with the terms and conditions of the Offer of Judgment. The Clerk of Court is respectfully directed to close this case.

Dated:   Syracuse, NY
           November 7, 2025

                              **SO ORDERED:**

                              */s/ Brenda K. Sannes*

                              **Hon. Brenda K. Sannes**
                              **Chief United States District Judge**